PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                Crim. No. 2:14-MJ-1018-1BO

SOLOMON L. GIFFEN-HUNTER

On April 7, 2014, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                Respectfully submitted,

/s/ Dwayne K. Benfield                                /s/ C. Lee Meeks, Jr.
Dwayne K. Benfield                                       C. Lee Meeks, Jr.
Supervising U.S. Probation Officer                 U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _29_ day of _December_, 2014.

Terrence W. Boyle
U.S. District Judge